IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WADE M. BLACKMAN, et al., ) | |
| ) | 8:04cv628 |
| Plaintiffs, ) | |
| ) | MEMORANDUM AND ORDER |
| v. ) | |
| ) | |
| WANDA W. BROWN, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on filing nos. 33, 34, and 43, post-judgment motions for reconsideration, to strike, and for judicial notice, filed by the plaintiffs, Wade M. Blackman and Deadra L. Blackman. Judgment has been entered in this case, and no further action will be taken on the plaintiffs' motions. Filing nos. 33, 34 ad 43 are denied.

SO ORDERED.

Dated this 24th day of March, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Court